AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WARREN LORENZO ORR,

    Plaintiff.

v.

DISTRICT ATTORNEY MEG HEAP, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV420-122

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated April 13, 2022, the Plaintiff's Complaint is dismissed without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B), and this case stands closed.

April 13, 2022
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020